**United States District Court**
For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   SUGAR WORKERS UNION LOCAL NO.1,          No. C 07-03280 JSW

10                 Plaintiff,
                                            **ORDER SETTING CASE**
11      v.                                  **MANAGEMENT CONFERENCE AND**
                                            **REQUIRING JOINT CASE**
12   C&H SUGAR COMPANY,                      **MANAGEMENT CONFERENCE**
                                            **STATEMENT**
13                 Defendant.
                                    /
14

15          TO ALL PARTIES AND COUNSEL OF RECORD:

16          The above matter having been assigned to the Honorable Jeffrey S. White, it is hereby

17   ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

18   Conference shall be held in this case on October 19, 2007, at 1:30 p.m , in Courtroom 2, 17th Floor,

19   Federal Building, 450 Golden Gate Avenue, San Francisco, California.

20          Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

21   any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service,

22   plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

23   with Civil L. R. 5-6(a).

24          The parties shall appear through lead counsel to discuss all items referred to in this Order and

25   with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

26          The parties shall file a joint case management statement no later than **five (5) court days**

27   prior to the conference.  The joint case management statement shall address all of the topics set forth

28   in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

*Management Statement*, which can be found on the Court's website located at

http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9.  If any one or more of the parties is

proceeding without counsel, the parties may file separate case management statements.   Separate

statements my also address all of the topics set forth in the Standing Order referenced above.  Any

request to reschedule the date of the conference shall be made in writing, and by stipulation if

possible, at least ten (10) calendar days before the date of the conference and must be based upon

good cause.   In order to assist the

Court in evaluating any need for disqualification or recusal, the parties shall disclose to the Court the

identities of any person, associations, firms, partnerships, corporations or other entities known by

the parties to have either (1) financial interest in the subject matter at issue or in a party to the

proceeding; or (2) any other kind of interest that could be substantially affected by the outcome of

the proceeding.  If disclosure of non-party interested entities or persons has already been made as

required by Civil L. R. 3-16, the parties may simply reference the pleading or document in which the

disclosure was made.  In this regard, counsel are referred to the Court's Recusal Order posted on the

Court website at the Judges Information link at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: July 2, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE