1    WILL M. YAMADA, ESQ. (SBN 226669)
     KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
2    **MASTAGNI, HOLDSTEDT, AMICK,**
     **MILLER, JOHNSEN & UHRHAMMER**
3    *A Professional Corporation*
     1912 I Street
4    Sacramento, California 95814
     Telephone: (916) 446-4692
5    Facsimile: (916) 447-4614

6    Attorney for Plaintiff,
     Sugar Workers Union Local No. 1
7
     DANIEL NEWLAND, ESQ. (SBN 087965)
8    JENNIFER SVANFELDT, ESQ. (SBN 233248)
     SHARON ONGERTH ROSSI, ESQ. (SBN 232725)
9    **SEYFARTH SHAW LLP**
     560 Mission Street, Suite 310
10   San Francisco, California 94105
     Telephone: (415) 397-2823
11   Facsimile: (415) 397-8549

12   Attorneys for Defendant,
     C&H Sugar Company, Inc.
13
                    **UNITED STATES DISTRICT COURT**
14
                  **NORTHERN DISTRICT OF CALIFORNIA**
15
     SUGAR WORKERS UNION LOCAL NO. 1,   )   Case No. C-07-3280-JSW
16                                      )
                     Plaintiff,         )   **STIPULATION AND [PROPOSED]**
17                                      )   **ORDER CONTINUING THE CASE**
                 v.                     )   **MANAGEMENT CONFERENCE**
18                                      )
     C & H SUGAR COMPANY,               )
19                                      )
                     Defendant.         )
20   _____)

21
             Plaintiff Sugar Workers Union Local No. 1 ("Union") and defendant C & H Sugar
22
     Company ("C&H") (Union and C&H as the "Parties"), through their respective counsel,
23
     respectfully submit the following stipulation and request:
24
             1.      The Parties request that this Court continue the initial Case Management
25
     Conference presently scheduled for December 7, 2007 and continue the deadline to submit the
26
     Joint Case Management Statement currently due by November 30, 2007.  The parties propose the
27
     Case Management Conference be continued until February 8, 2008 and the Joint Case
28
     Management Statement be due by February 1, 2008. The continuance is requested because the

                                            1

1   parties recently reached a tentative settlement of this case. Without any admission of liability by

2   either side, the parties have agreed to select an arbitrator for the grievance at issue in this matter.

3   The parties reserve the right to raise all defenses during the arbitration and will leave it to the

4   arbitrator to determine whether bifurcation is warranted and, if so, whether he or she will hear

5   both procedural and substantive issues. Plaintiff has informed Defendant that they will dismiss

6   this case without prejudice once the parties have actually selected an arbitrator for the case. The

7   parties have obtained an arbitration panel list and are in the process of selecting an arbitrator

8   from the list.

9          2.        Good cause exists to grant the continuance because it would save the Parties and

10  the Court resources and time if the Parties can resolve this matter informally.

11

12  DATED: December 3, 2007                        **MASTAGNI, HOLSTEDT, AMICK,
                                                    MILLER, JOHNSEN & UHRHAMMER**

13

14                                                 By   /s/ Will M. Yamada
                                                        WILL M. YAMADA
15                                                      Attorneys for Petitioner

16

17  DATED: December 3, 2007                        **SEYFARTH SHAW LLP**

18

19                                                 By   /s/ Sharon Ongerth Rossi
                                                        DANIEL NEWLAND
20                                                      Sharon Ongerth Rossi
                                                        Attorneys for Defendant C&H
21                                                      SUGAR COMPANY, INC.

22                                   [PROPOSED] ORDER

23          The Stipulation and [Proposed] Order Continuing the Case Management Conference and

24  submission of the Joint Case Management Report, Is Hereby Adopted by the Court for the Case

25  and the Parties Are Ordered to Comply with this Order.

26

27  Dated: _December 4, 2007

28                              HON. JEFFREY S. WHITE

                                              2