1  WILL M. YAMADA, ESQ. (SBN 226669)
   KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
3  *A Professional Corporation*
   1912 I Street
4  Sacramento, California 95814
   Telephone:   (916) 446-4692
5  Facsimile:   (916) 447-4614

6  Attorney for Plaintiff,
7  Sugar Workers Union Local No. 1

8  DANIEL NEWLAND, ESQ. (SBN (SBN 087965)
   JENNIFER SVANFELDT, ESQ. (SBN 233248)
9  **SEYFARTH SHAW**
   560 Mission Street, Suite 3100
10 San Francisco, California, 94105
   Telephone:   (415) 397-2823
11 Facsimile:   (415) 397-8549

12 Attorneys for Defendant,
   C&H Sugar Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SUGAR WORKERS UNION LOCAL NO. 1 | No.  C-07-3280 JSW |
|---|---|
| Plaintiff, | |
| | **[PROPOSED] STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |
| C & H SUGAR COMPANY, INC | |
| Defendant. | |

**STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sugar Workers Union Local No. 1 ("Plaintiff") and C & H Sugar Company, Inc. ("Defendant") by their respective counsel, hereby stipulate that this action be dismissed without prejudice and that each party bear its own costs and attorneys' fees.

STIPULATION TO DISMISS

1

Dated: January ____, 2008         **MASTAGNI, HOLSTEDT, AMICK,**
                                  **MILLER, JOHNSEN & UHRHAMMER**

                                  By:   /s/ Will M. Yamada
                                        WILL M. YAMADA,
                                        KATHLEEN N. MASTAGNI
                                        Attorneys for Plaintiff

Dated: January ____, 2008         **SEYFARTH SHAW LLP**

                                  By:   /s/ Daniel Newland
                                        G. DANIEL NEWLAND,
                                        JENNIFER SVANFELDT
                                        Attorneys for Defendant

### [PROPOSED] ORDER

Based upon the stipulation of the parties and for good cause appearing:

**IT IS SO ORDERED.**

Dated: January____, 2008          **By:**_____
                                        Hon. Jeffrey S. White
                                        United States District Court for the
                                        Northern District of California

---

STIPULATION TO DISMISS