WILL M. YAMADA, ESQ. (SBN 226669)
KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 I Street
Sacramento, California 95814
Telephone:     (916) 446-4692
Facsimile:     (916) 447-4614

Attorney for Plaintiff,
Sugar Workers Union Local No. 1

DANIEL NEWLAND, ESQ. (SBN (SBN 087965)
JENNIFER SVANFELDT, ESQ. (SBN 233248)
**SEYFARTH SHAW**
560 Mission Street, Suite 3100
San Francisco, California, 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Defendant,
C&H Sugar Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUGAR WORKERS UNION LOCAL NO. 1<br><br>Plaintiff,<br><br>C & H SUGAR COMPANY, INC<br><br>Defendant. | No.   C-07-3280 JSW<br><br>**[PROPOSED] STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

### **STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sugar Workers Union Local No. 1 ("Plaintiff") and C & H Sugar Company, Inc. ("Defendant") by their respective counsel, hereby stipulate that this action be dismissed without prejudice and that each party bear its own costs and attorneys' fees.

Dated: January ____, 2008        **MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

By:  /s/ Will M. Yamada
WILL M. YAMADA,
KATHLEEN N. MASTAGNI
Attorneys for Plaintiff

Dated: January ____, 2008        **SEYFARTH SHAW LLP**

By:  /s/ Daniel Newland
G. DANIEL NEWLAND,
JENNIFER SVANFELDT
Attorneys for Defendant

### [PROPOSED] ORDER

Based upon the stipulation of the parties and for good cause appearing:

**IT IS SO ORDERED.**

Dated: January 24, 2008        By: _/s/ Jeffrey S. White_____
Hon. Jeffrey S. White
United States District Court for the
Northern District of California

STIPULATION TO DISMISS